■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN L. MOORE, Appellant. [984 NYS2d 597]—Judgment of resentence, Supreme Court, New York County (Rena K. Uviller, J.), rendered July 5, 2012, resentencing defendant, as a second violent felony offender, to an aggregate term of 23 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Saxe, J.P., Moskowitz, Freedman, Gische and Kapnick, JJ.